FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

Local Form 440 (12/09) Summons in a Civil Action (Page 2)

Civil Action No. _____

DEC 27 2011

**PROOF OF SERVICE**
*(This section must be filed with the court unless exempted by Fed. R. Civ. P. 4(l).)*

JAMES N. HATTEN, CLERK
_____ Deputy Clerk

This summons for *(name of individual and title, if any)* Central Fellowship Academy
was received by me on *(date)* 12-14-11 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Kathy Manning _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
Central Fellowship Academy on *(date)* 12-14-11 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 12-14-11

_____
Server's signature

Norman Smith B.S.O Dep. Sheriff
Printed name and title

1130 Second St. Macon GA. 31201
Server's address

Additional information regarding attempted service, etc:

DEC 0 2 2011

35/56

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District Of Georgia
Atlanta Division

Billy Woods
_Plaintiff_

v.

Central Fellowship Christian Academy
_Defendant_

Civil Action No. 1:11-CV-3999-JEC

**RECEIVED**
DEC 09 2011
35/56
CIVIL PROCESS - BIBB COUNTY

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Central Fellowship Christian Academy
8960 Hawkinsville Road
Macon, Georgia 31216

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Billy Woods
P.O. Box 161815
Atlanta, Georgia 30321

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
CLERK OF COURT

Date: 11/21/11

_Signature of Clerk or Deputy Clerk_